IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
*Plaintiff,*

v.

NELSON HERNANDEZ-FALCON,
*Defendant.*

Magistrate Case #24-080 (MDM)

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

1. Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD) as counsel for Nelson Hernández-Falcón.

2. Under policy of the Federal Public Defender for the District of Puerto Rico, notice of electronic filings are requested to be made jointly to the case assigned AFPD's email, to the Federal Public Defender at PRX_Notifications, and to Rafael_Rivera@fd.org.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 2nd day of February 2024.

**RACHEL BRILL**
**Federal Public Defender Office**
**District of Puerto Rico**

*S/ Stephanie Torres-Perez*
Stephanie Torres-Perez
USDC-PR 308710
241 F.D. Roosevelt Avenue
San Juan, PR  00918-2441
T: (787) 281-4922 / F: (787) 281-4899
Email: Stephanie_Torres@fd.org