# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

1 MINUTE

| | |
|---|---|
| **MINUTE OF PROCEEDINGS** | DATE: February 8, 2024 |
| **U.S. MAGISTRATE JUDGE GISELLE LOPEZ-SOLER** | AUSA Cesar E. Rivera-Díaz |
| COURT REPORTER: **ZOOM** | COURTROOM NO: **6, OSJ** |

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>NELSON HERNANDEZ-FALCON [1]<br>YANDRES AYALA-QUINTERO [2]<br>Defendants. | Return of<br>Indictment by the Grand Jury<br>Criminal No.  **24-36 (ADC)** |

Indictment was filed in open court.

**Arraignment for both defendants set for February 15, 2024 at 9:30 a.m. In Hato Rey Courtroom 3 before Magistrate Judge Giselle Lopez-Soler.**

Case is assigned to Judge Aida M. Delgado-Colón.

### NEW CASE:

☐ This Indictment supersedes Criminal Case No. --------.

☒ Defendant(s) **appeared** in 24-mj-80 (MDM). Magistrate case merged and closed.

☐ Defendant(s) charged in magistrate case          but **not arrested.**  Magistrate case merged and closed.

☐ Defendant(s) **not charged** in magistrate case.

☐ The Court granted the government's motion to seal.

☒ Defendants are to remain on same bond previously imposed.

☐ Defendant(s) under custody:          Marshal to produce defendant(s).

☐ Arrest warrants to be issued.

☐ Summons to be issued.

**S/Omar Flaquer-Mendoza**
Courtroom Deputy Clerk